# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA    Venue: SAN FRANCISCO

v.

**NORMAN HSU**
**YUNG YUEN**
aka
(Name and Address of Defendant)

**FILED**
SEP 0 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

CASE NUMBER: 3 07 70528 EDL

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about September 5, 2007, in San Mateo County, in the Northern District of California, the defendant did move or travel interstate with intent to avoid prosecution under the laws of the State of California from which he fled, for a crime, which is a felony under the laws of the State of California, in violation of Title 18 United States Code, Section 1073, <u>Unlawful Flight to Avoid Prosecution</u>.

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1073:
5 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee.

APPROVED AS TO FORM: _____
                      Derek Owens, AUSA

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Arrest Warrant Requested:   ☒ Yes ☐ No
Bail Amount:                No Bail

_____
Signature of Complainant, Andrew Patrick

Sworn to before me and subscribed in my presence,

September 6, 2007                          at San Francisco, California
Date                                          City and State

**Elizabeth D. Laporte**
**United States Magistrate Judge**            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                                                                   ) ss. <u>AFFIDAVIT</u>
CITY AND COUNTY OF SAN FRANCISCO           )

The undersigned, being duly sworn, depose and state that:

### I. INTRODUCTION

1. My name is Andrew Patrick, and I have been a Special Agent in the FBI for eighteen months. I am currently assigned to the Safe Streets Violent Crimes Task Force, San Francisco FBI, 450 Golden Gate Avenue, San Francisco, California.

2. I am applying for an arrest warrant for NORMAN YUNG YUEN HSU for violating Title 18, United States Code, Section 1073—Unlawful Flight to Avoid Prosecution. Section 1073 makes it a crime to move or travel in interstate or foreign commerce with intent to avoid prosecution under the laws of the place from which the person fled, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the person fled. As set forth more fully herein, I believe HSU is guilty of violating Section 1073 because, he failed to appear, without sufficient excuse on September 5, 2007, for Bail review in the county of San Mateo, California and that there is probable cause to believe that he fled to Colorado.

### II. STATEMENT OF PROBABLE CAUSE

3. In connection with my official duties, I was contacted by Deputy Attorney General for the State of California Ralph Sivilla. He informed me that on September 5, 2007, Judge of Superior Court for the State of California Robert D. Foiles did issue a no bail warrant of arrest for NORMAN YUNG YUEN HSU for violations of California Penal Code Section 487.1 PC (Grand Theft) and Failure to appear, without sufficient excuse, on September 5, 2007 for Bail Review.

4. On September 6, 2007, an individual called San Francisco FBI and said that a Yueng Yuen Hsu was in the emergency room at St. Mary's Hospital in Grand Junction, Colorado.

5. On September 6, 2007, FBI Special Agent Jane Quinby reported to the hospital and identified the individual at Saint Mary's Hospital in Grand Junction, Colorado as NORMAN YUNG YUEN HSU.

### III. CONCLUSION

5. Based on the foregoing, there is probable cause to believe that NORMAN YUENG YUEN HSU has moved or traveled in interstate commerce with the intent to avoid prosecution under the laws of the State of California, the place from which he fled, for a crime that is a felony

-2-

under the laws of the California State Penal Code, violating Title 18, United States Code, Section 1073—Unlawful Flight to Avoid Prosecution.

*[signature]*
ANDREW PATRICK
Special Agent, FBI


SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____6____ DAY OF SEPTEMBER 2007.

*[signature]*
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

-2-