1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney

2

3   BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division

4   ROBERT DAVID REES (CASBN 229441)
    Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, CA 94102
    Telephone: (415) 436-7210
7   Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

8
    Attorneys for Applicant
9

FILED

07 SEP 11 AM 11: 54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13                                )   No. 3 07 70528 EDL
                                  )
14   IN THE MATTER OF A           )   **UNITED STATES' MOTION TO**
     CRIMINAL COMPLAINT           )   **UNSEAL CRIMINAL COMPLAINT**
15                                )   **DOCUMENTS AND [PROPOSED]**
                                  )   **ORDER**
16   _____)

17        The United States hereby moves the Court for an order unsealing this motion,

18   along with the Criminal Complaint, the Affidavit attached thereto, and the Sealing Order

19   in the above-captioned case until further order of the Court, as the defendant involved in

20   the case has now been arrested.

21

22   DATED: September 7, 2007                  Respectfully Submitted,

23                                             SCOTT N. SCHOOLS
                                               United States Attorney
24

25

26

27                                             ROBERT DAVID REES
                                               Assistant United States Attorney
28

**ORDER**

1

2          Based upon the motion of the United States and for good cause shown, IT IS

3    HEREBY ORDERED that the United States' motion, the Criminal Complaint and

4    attached Affidavit, and this Sealing Order shall be unsealed until further order of the

5    Court.

6

7    DATED: _Sept 7 2007_

8                                                    HON. ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2