1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-6488
7    Fax: (415) 436-7234
     derek.owens@usdoj.gov
8
   Attorneys for Applicant
9

**FILED**

SEP 06 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13                              )   No.  3-07 70528
                                )
14  IN THE MATTER OF A          )   UNITED STATES' MOTION TO SEAL
    CRIMINAL COMPLAINT          )   CRIMINAL COMPLAINT
15                              )   DOCUMENTS AND [PROPOSED]
                                )   ORDER
16  _____)

17     The United States hereby moves the Court for an order sealing this motion, the
18  Criminal Complaint and attached Affidavits and Documents, and the Sealing Order until
19  further order of the Court. The government believes that disclosure of the existence of
20  the complaint and/or the information contained in the supporting affidavit may jeopardize
21  the progress of the ongoing investigation and may jeopardize the safety of potential
22  witnesses.

24  DATED: September 6, 2007            Respectfully Submitted,

25                                      SCOTT N. SCHOOLS
                                        United States Attorney
26
27
28
                                        _____
                                        DEREK R. OWENS
                                        Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Criminal Complaint and attached Affidavits and Documents, and this Sealing Order shall be sealed until further order of the Court.

DATED: Sept 6, 2007

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

2