1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
7  Telephone: (415) 436-7210
   Facsimile: (415) 436-7234
8  Email: robert.rees@usdoj.gov

   Attorneys for Applicant
9

**FILED**

SEP 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION

13                                    )   No. 3 07 70528 EDL
                                      )
14  IN THE MATTER OF A                )   **UNITED STATES' MOTION TO**
    CRIMINAL COMPLAINT                )   **DISMISS CRIMINAL COMPLAINT**
15                                    )   **AND [~~PROPOSED~~] ORDER**
                                      )
16  _____)

17      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a),
18  the United States Attorney for the Northern District of California dismisses the above-
19  captioned complaint and moves that the Court quash the arrest warrant issued in
20  connection with the complaint in this case.

21

22  DATED: September 13, 2007           Respectfully Submitted,

23                                      SCOTT N. SCHOOLS
                                        United States Attorney
24

25

26                                      _____
                                        ROBERT DAVID REES
27                                      Assistant United States Attorney

28

    No. 3 07 70528 EDL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 3 07 70528 EDL. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: Sept 13, 2007

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

No. 3 07 70528 EDL                          2